█ Howard K. Hurwith, Appellant, v. Violette E. Sherman et al., Respondents.— Order affirmed, with costs. All concur. (Appeal from an order of Onondaga County Court affirming an order of Syracuse Municipal Court dismissing the petition in a summary proceeding.) Present — McCurn, P. J., Vaughan, Wheeler, Van Duser and Williams, JJ.

█ The People of the State of New York, Respondent, v. Samuel Miller, Appellant.— Order affirmed. All concur. (Appeal from an order of Herkimer County Court denying a petition in error, coram nobis.) Present — McCurn, P. J., Vaughan, Wheeler, Van Duser and Williams, JJ.